UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ST SHIPPING & TRANSPORT PTE, LTD.,                    15 Civ. _____ (    )

                Petitioner,

    -against-

AGATHONISSOS SPECIAL MARITIME                         **NOTICE OF PETITION
ENTERPRISE,**                                         **TO VACATE THE PARTIAL
**                                                    FINAL ARBITRATION AWARD**

                Respondent.

------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed Petition to Vacate the Partial Final Arbitration Award ("the Petition") by ST Shipping & Transport Pte, Ltd. ("ST Shipping"), dated June 25, 2015; and the accompanying Memorandum of Law in Support of the Petition dated June 25, 2015, the undersigned will apply on a date to be determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. §§ 201, *et seq.*, and the Federal Arbitration Act, 9 U.S.C. § 10, (1) vacating the Partial Final Award issued by Arbitrators David Martowski and Klaus C.J. Mordhorst (with Arbitrator Louis P. Sheinbaum dissenting), on March 27, 2015 (available at *Agathonissos Special Maritime Enter. v. ST Shipping & Transport Pte, Ltd.*, SMA No. 4248, 2015 WL 1520029 (S.M.A.A.S. Mar. 27, 2015), and (2) granting such other and further relief as this Honorable Court may deem just, proper and equitable.

Dated: June 25, 2015
      New York, New York

                                      **CLYDE & CO US LLP**

By: _/s/ John R. Keough_
      John R. Keough
      Casey D. Burlage
      Zoë E. Sajor
      The Chrysler Building
      405 Lexington Avenue, 16th Floor
      New York, New York 10174
      Tel.: (212) 710-3900
      Fax: (212) 710-3950

      *Attorneys for petitioner*
      *ST Shipping & Transport Pte, Ltd.*